UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

         -*against*-

SUCRE ALMANZAR-ALBA,

                    Defendant.

**ORDER**

22-cr-00259 (ER)

RAMOS, D.J.

         Sucre Almanzar-Alba, proceeding *pro se*, filed a motion for reduction in sentence on

October 2, 2024.  Doc. 29.  The Government is directed to respond by November 14, 2025.

         SO ORDERED.

Dated:    October 29, 2025
          New York, New York

_____
                    EDGARDO RAMOS, U.S.D.J.